*General Stern, Assistant Attorney General Morton, Roger P. Marquis* and *S. Billingsley Hill* for the United States. .

No. 567. UNITED STATES *v.* DOUGLAS. C. A. 9th Cir. Certiorari denied. *Acting Solicitor General Stern* for the United States. *Dale D. Drain* for respondent. 
.

No. 581. SIMPLEX CLOTH CUTTING MACHINE CO., INC. *v.* HOLTZOFF, UNITED STATES DISTRICT JUDGE, ET AL. C. A. 2d Cir. Certiorari denied. *Samuel J. Stoll* for petitioner. *Victor D. Borst* for respondents.

No. 519. JEOFFROY MFG., INC. ET AL. *v.* GRAHAM ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. *W. W. Gibson* for petitioners. *Claude A. Fishburn* and *Orville O. Gold* for respondents.

No. 533. SUEHIRO ET AL. *v.* BROWNELL, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. *Roger E. Brooks* and *John Ward Cutler* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Townsend, James D. Hill, George B. Searls* and *Irwin A. Seibel* for respondent.

No. 545. DAYLESS MANUFACTURING CO., INC. ET AL. *v.* ARTMOORE COMPANY ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. *Robert I. Dennison* for petitioners. *Eugene C. Knoblock* for respondents.